In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-038 CV


____________________



SHILOH ENTERPRISES, INC., Appellant



V.



BAPTIST HOSPITALS OF SOUTHEAST TEXAS, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. D-166759






 MEMORANDUM OPINION 


 The appellant, Shiloh Enterprises, Inc., filed a request to dismiss this appeal. The
Court finds that this motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. The appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 CHARLES KREGER

 Justice


Opinion Delivered May 4, 2006 

Before McKeithen, C.J., Gaultney and Kreger, JJ.